IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TEE STOKES SR.,        )<br>                                                       )<br>                  Plaintiff,        )<br>                                                       )<br>         v.                                       )<br>                                                       )<br> SCOTT WHITE,                            )<br>                                                       )<br>                  Defendant.    )<br>_____ ) | 4:16CV3027<br><br>**ORDER** |

Upon Plaintiff's Motion for Extension of Time (Filing No. 8) to file an amended complaint,

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time (Filing No. 8) to file an amended complaint is granted.

2. Plaintiff shall file his amended complaint on or before August 8, 2016, pursuant to the requirements set forth in this court's previous Memorandum and Order (Filing No. 7) on initial review of Plaintiff's original Complaint. Plaintiff's amended complaint shall restate the allegations of Plaintiff's current Complaint (Filing No. 1) and any new allegations. Failure to consolidate all claims into one document may result in the abandonment and dismissal of claims.

3. Failure to file an amended complaint by August 8, 2016, will result in the court dismissing this case without further notice to Plaintiff.

4. The clerk of the court is directed to set the following pro se case management deadline: August 11, 2016: check for amended complaint.

DATED this 6th day of July, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge