IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL TEE STOKES SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3027 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SCOTT WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's Motion for Extension of Time to Respond to Plaintiff's Discovery Requests (Filing No. 27) is granted, and the defendant's responses shall be filed on or before February 8, 2017.

DATED this 3rd day of January, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge