IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL TEE STOKES SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3027 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SCOTT WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff's Motion for Extension of Time to Answer Defendant's Interrogatories, Admissions, and Production of Documents (Filing No. 29) is granted, and Plaintiff's responses shall be filed on or before February 13, 2017.

DATED this 9th day of January, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge