IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TEE STOKES SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT WHITE, )<br>)<br>Defendant. )<br>) | 4:16CV3027<br><br>**MEMORANDUM**<br>**AND ORDER** |

Plaintiff has filed a Motion for Extension of Time to Amend Pleadings (Filing No. 30) for the reason that he "is in prison and reliant upon the prison[']s law library but such access is limited." The Progression Order directs that all motions to amend the pleadings shall be filed on or before January 18, 2017. (Filing No. 19 ¶ 2.)

Plaintiff's motion shall be denied because he has already filed an Amended Complaint (Filing No. 10), the defendant has filed an Answer (Filing No. 14), discovery is ongoing, and Plaintiff has stated no reason whatsoever for needing to file an amended pleading.

Accordingly,

IT IS ORDERED that Plaintiff's Motion for Extension of Time to Amend Pleadings (Filing No. 30) is denied.

DATED this 18th day of January, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge