IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL TEE STOKES SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3027 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SCOTT WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time for Depositions (Filing 37) is granted, and such depositions shall be completed by March 17, 2017;

2. The Progression Order (Filing 19) shall be amended accordingly and will be issued in due course.

DATED this 14th day of February, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge