IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL TEE STOKES SR., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:16CV3027 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| SCOTT WHITE, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Defendants' Motion to Extend Time (Filing 49) to file dispositive motions, currently set for April 14, 2017, is GRANTED, and the court's Amended Order Setting Schedule for Progression of Case (Filing 39) shall be amended to reflect additional date changes caused by this extension of time. A Second Amended Order Setting Schedule for Progression of Case shall be issued in due course.

DATED this 12th day of April, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge