IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL TEE STOKES SR., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:16CV3027 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SCOTT WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Defendant's Motion (Filing No. 59) to Extend Time to Respond to Plaintiff's Motion (Filing No. 57) for Partial Summary Judgment is granted;

2. Defendant shall file his response to Plaintiff's Motion (Filing No. 57) for Partial Summary Judgment on or before June 21, 2017;

3. Defendant's response to Plaintiff's Motion (Filing No. 57) for Partial Summary Judgment may also include Defendant's reply in support of his Motion (Filing No. 55) for Summary Judgment.

DATED this 7th day of June, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge