IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TEE STOKES SR., | |
| Plaintiff, | 4:16CV3027 |
| v. | |
| SCOTT WHITE, | **ORDER** |
| Defendant. | |

Plaintiff has filed a Motion to Leave to Amend Summary Judgment (Filing No. 62) "in order to correct error." Plaintiff does not specify the nature of the error, but states that he needs 30 additional days to "amend" his motion for summary judgment because of limited access to the law library.[1]

Plaintiff filed his Motion for Partial Summary Judgment (Filing No. 57) on May 31, 2017; Defendant has been ordered (Filing No. 61) to respond to such motion on or before June 21, 2017; and, pursuant to Nebraska Civil Rule 7.1(c), Plaintiff may file a reply within seven days thereafter. Any "errors" Plaintiff needs to correct may be included in his reply to Defendant's response to Plaintiff's Motion for Partial Summary Judgment.

Accordingly,

IT IS ORDERED that Plaintiff's Motion to Leave to Amend Summary Judgment (Filing No. 62) is denied because any "errors" Plaintiff needs to correct may

---

[1] Plaintiff has filed numerous motions for extensions of time throughout this lawsuit, which has simply prolonged disposition of his claims. (*See* Filing No. 8, Filing No. 17, Filing No. 20, Filing No. 29, Filing No. 30, Filing No. 37, Filing No. 52.)

be included in his reply to Defendant's response to Plaintiff's Motion for Partial Summary Judgment (Filing No. 57).

DATED this 12th day of June, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge