IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL TEE STOKES SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3027 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SCOTT WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Plaintiff's Motion to Extend Time (Filing No. 64) in which to respond to Defendant's Motion for Summary Judgment (Filing No. 55) is granted;

2. Plaintiff shall file his response to Defendant's Motion for Summary Judgment (Filing No. 55) on or before June 30, 2017;

3. Defendant may file a reply to Plaintiff's response on or before July 7, 2017; and

4. Because Defendant was previously (Filing No. 61) given permission to combine his reply in support of his Motion for Summary Judgment (Filing No. 55) with his response to Plaintiff's Motion for Partial Summary Judgment (Filing No. 57), the deadlines with respect to Plaintiff's Motion for Partial Summary Judgment (Filing No. 57) shall also be extended as follows: Defendant shall file his response to Plaintiff's Motion for Partial Summary Judgment (Filing No. 57) on or before June 30, 2017, and Plaintiff may file a reply to Defendant's response on or before July 7, 2017.

DATED this 13th day of June, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge