IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TEE STOKES SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT WHITE, ) <br> ) <br> Defendant. ) <br> ) | 4:16CV3027 <br><br> **ORDER** |

    On April 19, 2017, a Second Amended Order Setting Schedule for Progression of Case (Filing No. 53) was entered requiring that Defendant's counsel submit to Plaintiff a proposed Order on Final Pretrial Conference by July 31, 2017, with the final version to be submitted to the court by August 28, 2017. The Progression Order also set the Final Pretrial Conference before Magistrate Judge Zwart on September 7, 2017. (Filing No. 53 ¶¶ 5 & 7.)

    Defendant has filed a Motion for Summary Judgment (Filing No. 55), and Plaintiff has filed a Motion for Partial Summary Judgment (Filing No. 57), both of which became ripe for resolution on July 7, 2017. In light of the pendency of these motions, Defendant's counsel has filed a Motion to Continue Progression Order Deadlines (Filing No. 70) asking that the remaining deadlines in the Second Amended Order Setting Schedule for Progression of Case (Filing No. 53) be suspended until such time as there is a ruling on the pending Motions for Summary Judgment (Filing Nos. 55 & 57).

    Because the court's resolution of the parties' Motions for Summary Judgment may narrow or completely resolve Plaintiff's claims, I shall grant Defendant's motion. Accordingly,

IT IS ORDERED:

1. Defendant's Motion to Continue Progression Order Deadlines (Filing No. 70) is GRANTED;

2. The deadlines set forth in **paragraphs 5(a) and 5(b)** of the Second Amended Order Setting Schedule for Progression of Case (Filing No. 53) are suspended until further order of the court;

3. The Final Pretrial Conference before the Magistrate Judge, currently set for September 7, 2017, at 9:30 a.m. is cancelled and shall be rescheduled, if necessary, following the disposition of the parties' pending Motions for Summary Judgment (Filing Nos. 55 & 57); and

4. The Clerk of the Court shall send a copy of this Order to Magistrate Judge Zwart's chambers.

DATED this 18th day of July, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge