IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL TEE STOKES SR., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:16CV3027 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SCOTT WHITE, and KEARNEY COUNTY, NEBRASKA, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the Motion for Withdrawal of Elizabeth A. Gregory as Counsel (Filing 87) is granted.

DATED this 30th day of October, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge