IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL TEE STOKES SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3027 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SCOTT WHITE and KEARNEY COUNTY, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has mistakenly filed in this court a Motion to Extend Time (Filing No. 89) to file a brief in the Eighth Circuit Court of Appeals.

IT IS ORDERED:

1. The Clerk of Court shall send a copy of Plaintiff's Motion to Extend Time (Filing No. 89) to the Eighth Circuit Court of Appeals for disposition;

2. The Clerk of Court shall terminate Filing No. 89 as a pending motion;

3. The court notes that it is still awaiting the inmate trust account information from the Nebraska Department of Correctional Services, as requested on October 16, 2017, (Filing No. 85) in order to calculate and collect the appellate filing fee for the Eighth Circuit Court of Appeals, as directed in Filing No. 86; and

4. The Clerk of Court shall send a copy of this order to the Eighth Circuit Court of Appeals.

DATED this 16th day of November, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge